**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PABLO GUERRERO, *individually and on behalf of others similarly situated,*

                        *Plaintiff,*

            -against-

MARQUEZ HASS HOLDINGS LLC (D/B/A DULCE VIDA LATIN BISTRO A/K/A DULCE VIDA CAFE), and MARIA MARQUEZ,

                        *Defendants.*
-------------------------------------------------------------------X

**Index No. 21-cv-07769**

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

On September 16, 2021, this action was commenced by Plaintiffs' filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendants MARQUEZ HASS HOLDINGS LLC (D/B/A DULCE VIDA LATIN BISTRO A/K/A DULCE VIDA CAFÉ) and MARIA MARQUEZ and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of CSM Legal, PC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, PABLO GUERRERO, have judgment jointly and severally against the defendants MARQUEZ HASS HOLDINGS LLC (D/B/A DULCE VIDA LATIN BISTRO A/K/A DULCE VIDA CAFÉ) and MARIA MARQUEZ in the amount of $257,343.77 including compensatory damages and permissible liquidated damages and pre-judgment interest, all computed as provided in 28 U.S.C. § 1961(a).

- 2 -

That the Plaintiffs are also awarded attorney's fees in the amount of $3,907.00 and costs in the amount of $377.50, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on _____.

Dated: _____, 2021

_____
District Judge Ronnie Abrams