UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO GUERRERO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

MARQUEZ HASS HOLDINGS LLC (D/B/A DULCE VIDA LATIN BISTRO A/K/A DULCE VIDA CAFE), and MARIA MARQUEZ,

                Defendants.

No. 21-CV-7769 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that mediation in this case was not held. No later than August 10, 2022, the parties shall file a joint letter explaining why mediation was not held, and otherwise updating the Court on the status of this case and proposing next steps.

SO ORDERED.

Dated:    August 3, 2022
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge