# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 11/17/2022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 16, 2022

**VIA ECF**  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, New York 10007

      Re: Pablo Guerrero. v. Marquez Hass Holdings LLC, et al  
        <u>Docket No.: 21-cv-07769</u>

Your Honor:

  Our office represents Plaintiff in the above-referenced matter. We write jointly with Defendants to respectfully request a 7-day extension to finalize and file the settlement agreement for this action, and the accompanying letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the parties' first request for an extension.

  We thank the Court for its time and consideration of this matter.

                    Respectfully Submitted,

Granted.

SO ORDERED:

11/17/2022

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

                     /s/ *Frank Palermo*  
                     Frank J Palermo, Esq.  
                     CSM Legal, P.C.  
                     Attorneys for Plaintiff